JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CRESSWELL, as successor-in-interest to LAWRENCE PEREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CULVER CITY, CULVER CITY POLICE DEPARTMENT; ACTING CHIEF OF POLICE MANUEL CID; FRANCO DURAN ZATARAIN; JOHN TROPEANO; FORMER ACTING CHIEF OF POLICE, SCOTT BIXBY DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09964-DSF-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**<br><br>Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Stipulation to Dismiss the entire case with prejudice, each party to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: June 3, 2022

_____
Honorable Judge Dale S. Fischer
United States District Judge

- 1 -